UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK M. SCHOEMAKER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKS AUTOMATION, INC. <br><br> Defendant. | Case No. 5:17-cv-03872-JLS <br><br> Judge Jeffrey L. Schmehl |

**ORDER**

AND NOW, this 31st day of January, 2019, upon consideration of Plaintiffs' Unopposed Motion to Approve Collective Action Settlement and Attorney Fees, the Court finds that the Parties' Settlement Agreement falls within a range of reasonableness and appears to be fair, reasonable, and adequate as to the Class Members.

Accordingly,

It is hereby ORDERED that that Plaintiffs' Unopposed Motion to Approve Collective Action Settlement and Attorney Fees of the FLSA collective action Settlement Agreement reached in this case is GRANTED.

IT IS FURTHER ORDERED that the Parties shall proceed in accordance with the Settlement Agreement.

BY THE COURT:

_____
United States District Judge